UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| CORISSA THOMPSON,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>MAGUIRE IRON, INC. and MAGUIRE TANK, INC.,<br><br>　　　　Defendants. | 4:19-CV-04043-KES<br><br><br>JUDGMENT |

Under the parties' joint stipulation for dismissal (Docket 31), it is

ORDERED, ADJUDGED, AND DECREED that the above-entitled action is dismissed with prejudice and the parties shall bear their own costs, expenses, and attorney fees.

Dated July 9, 2020.

　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　/s/ *Karen E. Schreier*　　　　　　　
　　　　　　　　　　　　　　　　KAREN E. SCHREIER
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE